United States District Court
Southern District of Texas

**ENTERED**

May 19, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NELSY YOHANA BELLO-LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-433 |
| | § | |
| MANUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

In this habeas action, Petitioner Nelsy Yohana Bello-Lopez challenges her ongoing immigration detention, arguing that Respondents cannot detain her under 8 U.S.C. § 1225(b)(2)(A) without allowing her the opportunity to seek bond.

In February 2026, the Fifth Circuit issued *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026), concluding that Respondents may detain aliens such as Petitioner under Section 1225(b)(2)(A) without affording them the opportunity to seek bond.  Petitioner concedes that *Buenrostro* forecloses her statutory argument, but contends that the decision does not foreclose a claim that such a denial violates her Fifth Amendment due process rights.  The Court has previously considered and rejected this argument. *See, e.g., Makhmudov v. Lyons*, No. 1:26-CV-024, 2026 WL 879392, at *1 (S.D. Tex. Mar. 31, 2026) (citing *Zuniga v. Lyons*, 814 F. Supp. 3d 685, 696 (N.D. Tex. 2025); *Guzman-Diaz v. Noem*, No. 3:25- CV-3008-X-BN, 2026 WL 309938, at *8 (N.D. Tex. Feb. 5, 2026); *Giron v. Noem*, No. 4:26- CV00086, 2026 WL 252370, at *2 (S.D. Tex. Jan. 28, 2026); and *Banyee v. Garland*, 115 F.4th 928, 930 (8th Cir. 2024)).

The Court ordered Petitioner to file, by May 15, a Statement "explaining why the reasoning in the previously-referenced decisions does not apply to the claims that she presents." (Order, Doc. 2)  The Court further stated that if "the Petitioner does not file the Statement, the Court will deny the Petition." (*Id.*)  Petitioner filed no Statement.

As a result, it is:

**ORDERED** that Petitioner Nelsy Yohana Bello-Lopez's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on May 19, 2026.

Fernando Rodriguez, Jr.
United States District Judge